## 74882. McBRIDE v. THE STATE.

(372 SE2d 308)

BEASLEY, Judge.

On certiorari, the Supreme Court in *State v. McBride*, 258 Ga. 321 (368 SE2d 771) (1988), has reversed our decision reversing the judgment of the trial court. Accordingly, in conformity with the mandate of that opinion, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Sognier, Pope, and Benham, JJ., concur.*

DECIDED JULY 15, 1988.

*H. Haywood Turner III*, for appellant.
*William J. Smith, District Attorney, Michael D. Reynolds, Assistant District Attorney*, for appellee.